## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

BRIAN TOBOYEK,

       Plaintiff ,

   v.

WISCONSIN PUBLIC SERVICE
CORPORATION,
RYAN SOLLBERGER,
WEC ENERGY GROUP, INC.
       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 22-cv-786-pp

---

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

       **THE COURT ORDERS AND ADJUDGES** that the defendant and this case are **DISMISSED WITH PREJUDICE for** failure to state a claim upon which relief can be granted.

       Approved and dated in Milwaukee, Wisconsin this 6th day of July, 2024.

                         **BY THE COURT:**

                         _____

                         **HON. PAMELA PEPPER**
                         **Chief United States District Judge**

                         GINA M. COLLETTI
                         Clerk of Court

                         s/ *Cary Biskupic*
                         (by) Deputy Clerk